IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA AND THE STATE OF TEXAS, EX REL. CHRISTOPHER A. CAREW<br><br>*Plaintiffs,*<br><br>vs.<br><br>SENSEONICS HOLDINGS, INC., A DELAWARE CORPORATION; AND SENSEONICS, INC., A DELAWARE CORPORATION,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § | SA-20-CV-00657-FB |

## ORDER RETURNING CASE TO DISTRICT COURT

Before the Court is the above-styled cause of action, which was referred to the undersigned for all pretrial proceedings. On this day, the undersigned entered a report and recommendation, recommending the District Court grant Defendant's motion to dismiss. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 3rd day of March, 2023.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE