IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES and STATE OF TEXAS, <br> *ex rel.* CHRISTOPHER A. CAREW, <br><br> Plaintiffs, <br><br> VS. <br><br> SENSEONICS HOLDINGS, INC. and <br> SENSEONICS, INC. <br><br> Defendants. | § § § § § § § § § § § | CIVIL ACTION NO. SA-20-CV-0657-FB |

### **J U D G M E N T**

The Court considered the Judgment to be entered in the above-styled and numbered cause.

Consistent with the Order Accepting Report and Recommendation of United States Magistrate Judge filed in this cause on this same date,

It is hereby ORDERED, ADJUDGED and DECREED that the Report and Recommendation of United States Magistrate Judge filed in this case on March 3, 2023 (docket #42), is ACCEPTED pursuant to 28 U.S.C. § 636(b)(1) such that the Senseonics Defendants' Motion to Dismiss the Amended Complaint (docket #31) is GRANTED and all of Plaintiff's federal claims are DISMISSED WITH PREJUDICE for failure to state a claim and Plaintiff's state law claims are DISMISSED WITHOUT PREJUDICE as this Court declines to exercise supplemental jurisdiction over these claims pursuant to 28 U.S.C. § 1367.  IT IS FURTHER ORDERED that motions pending, if any, are also DISMISSED, and this case is now CLOSED.

It is so ORDERED.

SIGNED this 30th day of March, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE